UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,

        Plaintiffs,

v.

TROY CLARK, and
SOUTHWEST TAX STORES, LLC,

        Defendants.

No. 1:11-mc-00028

Civil No. 2:11cv56 (pending in E.D. of Va.)

## NOTICE OF ERRATA

Movant, JHA Tax, Inc. d/b/a Liberty Tax Service hereby submits this Notice of Errata in relation to it's Motion to Compel Production and Inspection of Premises, which was filed with the court on May 20, 2011.

The exhibits attached to the motion were mismarked, and the subpoena to Ms. Gutierrez and her responses and objections thereto inadvertently omitted.

A correct copy of Exhibits 2-4 is attached hereto.

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By:   /s/Michael L. Carrico
Michael L. Carrico
Modrall Sperling Law Firm
Attorneys for Plaintiff
500 Fourth Street, N.W.
Bank of America Centre – Suite 1000
P.O. Box 2168
Albuquerque, New Mexico 87103-2168
(505) 848-1800
(505) 848-1891 Facsimile

WE HEREBY CERTIFY that on this
17th day of June, 2011, we filed
the foregoing electronically through
the CM/ECF system, which caused
the following parties or counsel to be
served by electronic means, as per the
Notice of Electronic Filing:

David Standridge
Standridge Law Firm, P.C.
1516 San Pedro Dr. NE
Albuquerque, NM 87110
Tel: (505) 880-8737
Fax: (505) 880-8738
E-mail: daves@standridgelawfirm.com


**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: _____/s/ *Michael L. Carrico*_____
   Michael L. Carrico

Y:\dox\client\84812\0001\PLEADING\W1491465.DOCX