AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| JTH Tax, Inc. d/b/a Liberty Tax Service | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:11cv59 |
| Troy Clark and Southwest Tax Stores, LLC | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Eastern District of Virginia ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Kim Gutierrez    3118 San Mateo Boulevard NE, Albuquerque, New Mexico 87110

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See attached Exhibit A.

| Place: 1716 Corporate Landing Parkway<br>Virginia Beach, VA 23454 | Date and Time:<br>04/29/2011 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 4/12/11

CLERK OF COURT

OR   *Sada Sheldon*

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
JTH Tax, Inc. d/b/a Liberty Tax Service            , who issues or requests this subpoena, are:

Sada Sheldon          1716 Corporate Landing Parkway
sada.sheldon@libtax.com    Virginia Beach, VA 23454
(757) 493-8855

**EXHIBIT 2**

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:11cv59

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* KIM GUTIERREZ
was received by me on *(date)* 4/13/2011.

☒ I served the subpoena by delivering a copy to the named person as follows:
DELIVERED PERSONALLY TO KIM GUTIERREZ AT THE ADDRESS ON THE SUBPOENA
on *(date)* 4/14/11 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/15/2011

*Server's signature*

RICHARD I. MILLER
*Printed name and title*

PO BOX 40579, ALBUQUERQUE, NM 87196
*Server's address*

Additional information regarding attempted service, etc:

## Exhibit A

To: Kim Gutierrez
c/o Freedom Tax, LLC
3118 San Mateo Blvd. NE
Albuquerque, New Mexico 87110

Please provide copies of the following documents:

1. Your employment contracts for the time that you worked for any Liberty Tax franchise office for the period December 1, 2009 to April 15, 2010.

2. As to the time period January 1, 2010 through April 1, 2011, any employment contract(s) or other written contracts or agreements, including promissory notes, you have or have had with Freedom Tax Stores.

3. All documents that show the source of funding, loans, and start-up capital you provided for Freedom Tax.

4. As to the time period November 1, 2010 to April 1, 2011, all e-mails sent by you to Troy Clark, or received by you from Troy Clark.

5. All contracts and agreements between you and Freedom Tax LLC, Southwest Tax Stores, LLC, Troy Clark and Ron Clark entered into between April 1, 2010 – April 1, 2011.

**Reimbursement of your reasonable costs and expenses in complying with this subpoena are assured.** You may simply enclose an invoice for your copying and postage costs with the documents when you send them. If you have any questions about this subpoena, please contact Sada Sheldon at (800) 790-3863 ext. 8033.

Thank you very much.

Sada Sheldon, Esq.
Corporate Counsel
Liberty Tax Service
1716 Corporate Landing Parkway
Virginia Beach, Virginia 23454
sada.sheldon@libtax.com